Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Tracy Tien (State Bar No. 253930)
ttien@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Attorneys for Individual and Representative Hanna Bernard*

# UNITED STATES DISTRICT COURT

## EASTERN DISTICT

| | |
|---|---|
| HANNA BERNARD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.,<br><br>Defendant. | Case No. CV10-01331-GEB-KJM<br><br>**ORDER APPROVING PARTIES' STIPULATION RE: (1) TRANSFER OF VENUE, AND (2) VACATING HEARING AND BRIEFING DATES ON PENDING MOTIONS** |

[PROPOSED] ORD APPROVING PARTIES' STIPULATION RE: (1) TRANSFER OF VENUE, AND (2) VACATING HEARING & BRIEFING DATES ON PENDING MOTIONS; CASE NO. CV10-01331-GEB-KJM

PURSUANT TO THE PARTIES' STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The hearing dates and corresponding briefing schedule on Defendant's motion to dismiss and motion to strike are vacated; and
2. The above-entitled action is transferred to the Central District of California, United Stated District Court.

IT IS SO ORDERED.

8/5/10

_____
GARLAND E. BURRELL, JR.
United States District Judge